**VERIZON SERVICES CORP., Verizon Laboratories, Inc., and Verizon Communications, Inc., Plaintiffs–Appellees,**

v.

**VONAGE HOLDINGS CORP. and Vonage America, Inc., Defendants–Appellants.**

Nos. 2007–1240, 2007–1251, 2007–1274.

United States Court of Appeals, Federal Circuit.

April 24, 2007.

Peter C. McCabe, III, Winston & Strawn LLP, Chicago, IL, Richard G. Taranto, Farr & Taranto, Geoffrey Eaton, Charles B. Molster, III, Winston & Strawn LLP, Washington, DC, Brian C. Riopelle, McGuirewoods LLP, Richmond, VA, John Thorne, Verizon Communications Inc., Arlington, VA, for Plaintiffs–Appellees.

Roger E. Warin, Richard K. Willard, Scott William Doyle, Seth Alain Watkins, Daniel Laurence Girdwood, Steptoe & Johnson, LLP, Washington, DC, for Defendants–Appellants.

Before MICHEL, Chief Judge, GAJARSA and DYK, Circuit Judges.

PER CURIAM.

*ORDER*

Vonage Holdings Corp. et al. (Vonage) move for a stay, pending appeal, of the permanent injunction issued by the United States District Court for the Eastern District of Virginia. Verizon Services Corp. et al. (Verizon) oppose. Vonage replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for a stay, pending appeal, is granted.

(2) Vonage's opening brief is due May 9, 2007. Verizon's opening brief is due May 23, 2007. Vonage's reply brief and the joint appendix are due May 30, 2007. All briefs must be hand-served.

(3) The appeal is scheduled for oral argument before the same panel at 10 a.m. on June 25, 2007.